UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 22 A 9:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHEN LUYBEN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>AMERICAN AND AIDS ACTION )<br>LONG TERM DISABILITY PLAN, )<br>)<br>Defendants ) | Civil Action No. 04-CV-10749NG |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO COMPLAINT

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including July 23, 2004. The grounds for the present Motion are that the parties are currently involved in active settlement discussions, and the matter may be resolved without the necessity of further court proceedings.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to July 23, 2004, within which to respond to Plaintiff's Complaint.

{W0250375.1}

DATED: June 21, 2004

                                        _____
                                        John J. Aromando, BBO # 545648

                                        PIERCE ATWOOD
                                        One Monument Square
                                        Portland, ME 04101
                                        (207) 791-1100

                                        *Attorneys for Defendants*

{W0250375.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA 02108

DATED: June 21, 2004

*/s/ John J. Aromando*
John J. Aromando, BBO #545648
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

{W0250375.1}