## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__     LUYBEN     __
    Plaintiff

V.

__ UNUM LIFE INS., CO. __
    Defendant

CIVIL ACTION

NO.  __04cv10749NG__

## **SETTLEMENT ORDER OF DISMISSAL**

__     GERTNER,     D. J.__

The Court having been advised on __July 26, 2004__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

__7/30/2004__                               __/s/ Jennifer Filo__
Date                                                        Deputy Clerk