UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN LUYBEN, )
)
    Plaintiff )
)
v. ) Civil Action No. 04-CV-10749NG
)
UNUM LIFE INSURANCE )
COMPANY OF AMERICA and )
AMERICAN AND AIDS ACTION )
LONG TERM DISABILITY PLAN, )
)
    Defendants )

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Stephen Luyben, and the Defendants, Unum Life Insurance Company of America and American and Aids Action Long Term Disability Plan, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

STEPHEN LUYBEN,
By His Attorney,

_____
Mala M. Rafik
Rosenfeld & Rafik
44 School Street
Boston, MA 02108

UNUM LIFE INSURANCE
COMPANY OF AMERICA
and AMERICAN AND
AIDS ACTION LONG
TERM DISABILITY PLAN
By Their Attorney,

_____
Geraldine G. Sanchez
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

{W0263586.1}